**THIS ORDER IS APPROVED.**

**Dated: June 03, 2009**



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
**P.A.**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-04842/1328022154

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joseph J. Cantando and Wendy L. Cantando<br>          Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns.<br>          Movant,<br>    vs.<br><br>Joseph J. Cantando and Wendy L. Cantando, Debtors; , Trustee.<br><br>          Respondents. | No. 4:08-bk-02085-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 56) |

This matter having come before the Court for a Preliminary Hearing on May 14, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Eric Ollason, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated August 5, 2005, and recorded on August 9, 2005, in the office of the Pima County Recorder at 20051531250 wherein Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns. is the current beneficiary and Joseph J. Cantando and Wendy L. Cantando have an interest in, further described as:

Lot 6 of TELESIS TERRACE, a subdivision of Pima County, Arizona, according to the Map or Plat of Record in the office of the County Recorder in Book 12 of Maps and Plats at Page 44.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT